In the Matter of the Transfer Tax upon the Estate of
HENRY B. HART, Deceased.

CHARLES A. PERKINS, as District Attorney of the County of New York, Appellant; THEODORE W. MYERS, as Executor, Respondent.

*Matter of Hart,* 179 App. Div. 39, affirmed.

(Argued January 10, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1917, which reversed an order of the New York County Surrogate's Court directing payment of a transfer tax upon the estate of Henry B. Hart, deceased, and directed a dismissal of the proceeding, upon the ground that the transfer tax appraisal upon which the taxing order was based was made without the requisite notice to the respondent.

*John B. Gleason* and *Lafayette B. Gleason* for appellant.

*H. H. Nordlinger* and *George H. Engelhard* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN and ANDREWS, JJ. Dissenting: POUND, J. Not sitting: CARDOZO, J.